**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**Case No. 8:22-cv-00919-CEH-AAS**

DELROY A. CHAMBERS, JR.,

    Plaintiff,

v.

ROBERTSON REAL ESTATE GROUP, INC.,

    Defendant.
_____/

**NOTICE OF SETTLEMENT**

Plaintiff hereby gives notice to the Court that the Parties have settled this matter. The Parties respectfully request that they be relieved of all pending deadlines and obligations. The Parties will file appropriate dismissal papers in accordance with the terms of the settlement agreement.

    Respectfully submitted,

    Joshua A. Glickman, Esq.
    Florida Bar No. 43994
    josh@sjlawcollective.com
    Shawn A. Heller, Esq.
    Florida Bar No. 46346
    shawn@sjlawcollective.com

    Social Justice Law Collective, PL
    974 Howard Ave.
    Dunedin, FL 34698

- 2 -

(202) 709-5744
(866) 893-0416 (Fax)

Attorneys for the Plaintiff


By: _s/ Shawn A. Heller_
    Shawn A. Heller, Esq.


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 17th day of August, 2022, which will send a notice of electronic filing to all attorneys of record.

By: _s/ Shawn A. Heller_
    Shawn A. Heller, Esq.