UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DELROY A. CHAMBERS, JR.,

    Plaintiff,

v.                                                 Case No: 8:22-cv-919-CEH-MRM

ROBERTSON REAL ESTATE
GROUP, INC.,

    Defendant.
_____/

**ORDER**

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice (Doc. 20). In accord with the Joint Stipulation of Dismissal With Prejudice, it is **ORDERED**:

1)     This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

2)     The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on August 17, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record